| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Low & Low LLC<br>505 Main Street Suite 304<br>Hackensack NJ 07601<br>Telephone 201-343-4040<br>Russell L. Low Esq No 4745<br>Attorney for the Debtor | Case No.:     19-33028<br><br>Chapter:     13 |
| In Re:<br><br>Comfort A Uzoeshi | Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge:     SLM |

## CERTIFICATION OF SERVICE

1. I, _____Russell L. Low, Esq._____ :

    ☒ represent _____the debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____February 25, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Chapter 13 Plan, Notice of Transmittal and Property Valuation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:     February 25, 2020            /s/Russell L. Low
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable Rosemary Gambardella<br>50 Walnut Street 3rd Floor<br>Newark NJ 07102 | Judge | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg, Chapter 13 Standing Trustee<br>30 Two Bridges Road Suite 330<br>Fairfield NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CEO Charles W Scharf<br>420 Montgomery Street<br>San Francisco CA 94163 | CEO for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC #N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054 | Attorney for 2nd Mortgage Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorney for 1st Mortgage Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comfort A Uzoeshi<br>518 Belvidere Avenue<br>Plainfield NJ 07062 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*