UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
(215)627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
SG Mortgage Securities Trust 2006-FRE2, Asset
Backed Certificates, Series 2006-FRE2, U.S. Bank
National Association, as Trustee

**Order Filed on March 5, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Comfort A. Uzoeshi,

Debtor.

Case No.:  19-33028 SLM
Adv. No.:
Hearing Date:  2/26/2020 @ 8:30 a.m.

Judge:  Stacey L. Meisel

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: March 5, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:             Comfort A. Uzoeshi
Case No.:           19-33028 SLM
Caption:            **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                    DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee, holder of a mortgage on real property located at 518 - 20 Belvidere Ave, Plainfield, NJ, 07062, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtor, Comfort A. Uzoeshi, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification by June 1, 2020, or as may be extended by modified plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on Secured Creditor's claim while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Comfort A. Uzoeshi
      Debtor

Case No. 19-33028-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Mar 05, 2020
                         Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db               +Comfort A. Uzoeshi,     518 Belvidere Avenue,     Plainfield, NJ 07062-1914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
       Charles G. Wohlrab     on behalf of Creditor     Societe Generale Mortgage Securities SGMS 2006-FRE2
       cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
       Denise E. Carlon     on behalf of Creditor     SG Mortgage Securities Trust 2006-FRE2, Asset Backed
       Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Marie-Ann Greenberg     magecf@magtrustee.com
       Russell L. Low     on behalf of Debtor Comfort A. Uzoeshi ecf@lowbankruptcy.com,
       ecf@lowbankruptcy.com;r57808@notify.bestcase.com
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                           TOTAL: 5