| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Low & Low LLC<br>505 Main Street Suite 304<br>Hackensack NJ 07601<br>Telephone 201-343-4040<br>Russell L. Low Esq No 4745<br>Attorney for the Debtor | |
| In Re:<br><br>Comfort A. Uzoeshi | Case No.:    19-33028<br><br>Judge:    SLM<br><br>Chapter:    13 |

## APPLICATION FOR EXTENSION OR
## <u>EARLY TERMINATION OF LOSS MITIGATION PERIOD</u>

The undersigned is the _____debtor's counsel_____ in this matter. On __February 25, 2020__, a Loss Mitigation Order was entered concerning:

Property: _____518 Belvidere Avenue Plainfield NJ 07062_____

Creditor: _____SLS_____

The Loss Mitigation Period will expire on __June 25, 2020__.

For the reason(s) set forth below, the ___debtor's counsel___ hereby requests:

☒ An extension of the Loss Mitigation Period to _____June 25, 2020_____.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:

     The debtor would like the opportunity to extend her time in the court's loss mitigation program in order to produce updated documents and later submit.

☐ The parties to this matter, listed on the *Certification of Service* filed with this Application, consent to immediate entry of the order granting this Application.  A *Certification Concerning Order to Be Submitted* has been filed with the Court.

☐ The parties to this matter, listed on the *Certification of Service* filed with this Application, do not consent to immediate entry of the order granting this application.  (If the non-consenting party fails to file an objection to this Application within 7 days of the filed date of the Application, which objection must be served on all Loss Mitigation parties, the Court may grant the relief requested.)

☒ Consent has not been requested.


Dated:  _____June 29, 2020_____          /s/Russell L. Low_____
                                          Applicant's signature

*rev.12/17/19*